

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,152-01

### EX PARTE SANTOS JOEL FLORES, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-3562-11-H(1) IN THE 389TH DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of continuous sexual abuse of a child, two counts of sexual assault of a child, and four counts of indecency with a child. He was sentenced to imprisonment for one term of forty years, two terms of ten years, and four terms of two years. The Thirteenth Court of Appeals affirmed his convictions. *Flores v. State*, No. 13-12-00606-CR (Tex. App.—Corpus Christi–Edinburg Apr. 17, 2014) (not designated for publication).

Applicant contends that the jury charge was erroneous, the prosecutor engaged in misconduct, counsel rendered ineffective assistance, the prohibition against double jeopardy was violated, and the evidence is insufficient.

The trial court made findings of fact and conclusions of law and recommended that we deny relief. We agree in part. Applicant's two-year sentences for indecency with a child have discharged, and Applicant has not raised collateral consequences. TEX. CODE CRIM. PROC. art. 11.07, § 3(c). Accordingly, the claims relating to these convictions are dismissed. The claims relating to Applicant's continuous sexual abuse of a child and sexual assault of a child convictions are without merit. Accordingly, these claims are denied.

Filed: May 13, 2015
Do not publish